UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KARRIEMA McCOY,

               Plaintiff,

-against-

CROWN FRIED CHICKEN, et al.,

               Defendants.
-----------------------------------------------------------X

JUDGMENT
00-CV-4503 (JG)

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y.
★ MAY 3 2007 ★
BROOKLYN OFFICE

An Order of Honorable John Gleeson, United States District Judge, having been filed on May 2, 2007, dismissing the case for failure to prosecute; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that the case is dismissed for failure to prosecute.

Dated: Brooklyn, New York
       May 02, 2007

s/Robert C. Heinemann
_____
ROBERT C. HEINEMANN
Clerk of Court